```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                       Case No. 18-04040-RNO
Charles A Hayes, III                                                         Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson               Page 1 of 2                  Date Rcvd: Oct 19, 2018
                              Form ID: ntnew341           Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
```
db              Charles A Hayes, III,    PO Box 1778,    Shavertown, PA 18708-0778
5115391         Attorney Michael A. Pendolphi,    1141 Wyoming Ave,    Forty Fort, PA 18704-4003
5115393         Borough of Edwardsville,    Sewer Use Maintenance Fee,    PO Box 2552,
                 Wilkes Barre, PA 18703-2552
5115394         Charles Hayes, Jr.,    PO Box 385,    Dallas, PA 18612-0385
5115395         City of Wilkes-Barre,    PO Box 1324,    Wilkes Barre, PA 18703-1324
5115398         Commonwealth Of PA,    c.o. Hon. Alexandra Kokura Kravitz,    35 Broad St,
                 Pittston, PA 18640-1825
5115397         Commonwealth of PA,    % Honorable James J. Haggerty,    500 Wyoming Ave,
                 Kingston, PA 18704-3645
5115396         Commonwealth of PA,    % Honorable Donald Whittaker,    15 E Ridge St,
                 Nanticoke, PA 18634-2800
5115399         Dallas Area Municipal Authority,    101 Memorial Hwy,    Shavertown, PA 18708-7703
5115400         Dallas Area Sewer Authority,    101 Memorial Hwy,    Shavertown, PA 18708-7703
5115401         Dom-Rel-Luzerne Cty DRS,    113 W North St,    Wilkes Barre, PA 18711-1010
5115390         Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA 18701-2588
5115389         Hayes Charles A III,    PO Box 1778,    Shavertown, PA 18708-0778
5115402         June Hayes,    PO Box 2395,    Rialto, CA 92377-2395
5115404         Luzerne Co. Tax Claim Bureau,    200 N River St,    Wilkes Barre, PA 18711-1004
5115403         Luzerne Co. Tax Claim Bureau,    % Northeast Revenue Serv.,    200 N River St,
                 Wilkes Barre, PA 18711-1004
5115405        +Newport Township Sewer Authority,    1015 Center St,    Nanticoke, PA 18634-4099
5115406         Pittston City Sewer Maintenance Fee,    Business Office,    PO Box 2891,
                 Wilkes Barre, PA 18703-2891
5115407         Portfolio Recovery,    Coll: Capital,    1 120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
5115408         Select Portfolio Services,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
5115410         Shapiro & DeNardo, LLC,    3600 Horizon Dr Ste 150,    King of Prussia, PA 19406-4702
5115413         Wilkes-Barre Sewer Maintance,    PO Box 1324,    Wilkes Barre, PA 18703-1324
5115414         Wyoming Valley Sanitary Auth.,    PO Box 33A,    Wilkes-Barre, PA 18703
5115415         Wyoming Valley Sewer Authority,    PO Box 33A,    Wilkes-Barre, PA 18703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5115392         E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 19 2018 19:15:17
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd Fl 5,    Coral Gables, FL 33146-1837
5113935        +E-mail/Text: bankruptcy@cavps.com Oct 19 2018 19:15:14     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5113936        +E-mail/Text: bankruptcy@cavps.com Oct 19 2018 19:15:14     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5115409         E-mail/Text: jennifer.chacon@spservicing.com Oct 19 2018 19:15:28
                 Select Portfolio Services, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
5115411         E-mail/Text: bkrcy@ugi.com Oct 19 2018 19:15:22     UGI,    PO Box 13009,
                 Reading, PA 19612-3009
5115412         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 19 2018 19:14:54
                 Verizon,    PO Box 408,    Newark, NJ 07101-0408
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: TWilson            Page 2 of 2             Date Rcvd: Oct 19, 2018
                               Form ID: ntnew341        Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2018 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
        Lisa M. Doran   on behalf of Debtor 1 Charles A Hayes, III ldoran@dorananddoran.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                                                  TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Charles A Hayes, III,
dba The Commander,

**Debtor 1**

Chapter 13

Case No. 5:18−bk−04040−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: December 3, 2018 |
| --- | --- |
|  | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: TWilson, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: October 19, 2018

ntnew341 (04/18)