424 E. Victoria St
Rialto, CA 92376
30 October 2018

US Bankruptcy Court
274 Max Rosenn US Courthouse
197 South Main St
Wilkes-Barre, PA 18701

RE: Case #: 5:18-bk-04040-RNO

Regarding the Chapter 13 filing of Charles A. Hayes III

I am one of the creditors of Mr. Hayes. Please change my address of record

    From:  PO Box 2395
                 Rialto CA 92377

    TO:     424 E. Victoria St.
               Rialto, CA 92377

Thank you,

June D. Hayes, Ph.D.