In re:                                                          Case No. 18-04040-RNO
Charles A Hayes, III                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Nov 06, 2018
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db              Charles A Hayes, III,    PO Box 1778,    Shavertown, PA  18708-0778

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          Lisa M. Doran    on behalf of Debtor 1 Charles A Hayes, III ldoran@dorananddoran.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:          :

                :    **Case No.  5-18-04040**

**Charles A. Hayes, III**,    :

                :      **Ch.  13**

Debtor         :

### ORDER ALLOWING SECOND EXTENSION
### OF TIME FOR FILING SCHEDULES

Upon consideration of the Second Motion of the above Debtor by his attorneys, Doran & Doran, P.C. requesting an additional Forty-Five (45) day extension of time in which to file his Schedules, Statement of Financial Affairs, Statement of Attorney and Chapter 13 Plan in the above case and as cause has been shown, it is

ORDERED that the above Debtor is hereby granted an additional Forty-Five (45) days from the original 45 day extension, until December 25, 2018, in which to file his necessary documents with the exception of the Matrix which has previously been filed, it is

FURTHER ORDERED that no additional extensions will be granted.

Dated:  November 6, 2018          By the Court,

                                     _Robert N. Opel II_
                               _____

                               Robert N. Opel, II, Chief Bankruptcy Judge [DG]