```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                         Case No. 18-04040-RNO
Charles A Hayes, III                                           Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-5        User: TWilson             Page 1 of 2         Date Rcvd: Nov 26, 2018
                            Form ID: ntnew341         Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2018.
```
db             Charles A Hayes, III,    PO Box 1778,    Shavertown, PA  18708-0778
5115391        Attorney Michael A. Pendolphi,    1141 Wyoming Ave,    Forty Fort, PA  18704-4003
5115393        Borough of Edwardsville,    Sewer Use Maintenance Fee,    PO Box 2552,
                Wilkes Barre, PA  18703-2552
5115394        Charles Hayes, Jr.,    PO Box 385,    Dallas, PA  18612-0385
5115395        City of Wilkes-Barre,    PO Box 1324,    Wilkes Barre, PA  18703-1324
5115398        Commonwealth Of PA,    c.o. Hon. Alexandra Kokura Kravitz,    35 Broad St,
                Pittston, PA  18640-1825
5115397        Commonwealth of PA,    % Honorable James J. Haggerty,    500 Wyoming Ave,
                Kingston, PA  18704-3645
5115396        Commonwealth of PA,    % Honorable Donald Whittaker,    15 E Ridge St,
                Nanticoke, PA  18634-2800
5115399        Dallas Area Municipal Authority,    101 Memorial Hwy,    Shavertown, PA  18708-7703
5115400        Dallas Area Sewer Authority,    101 Memorial Hwy,    Shavertown, PA  18708-7703
5115401        Dom-Rel-Luzerne Cty DRS,    113 W North St,    Wilkes Barre, PA  18711-1010
5115390        Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA  18701-2588
5115389        Hayes Charles A III,    PO Box 1778,    Shavertown, PA  18708-0778
5115402       +June Hayes,    424 E. Victoria St,    Rialto, CA  92376-5172
5115404        Luzerne Co. Tax Claim Bureau,    200 N River St,    Wilkes Barre, PA  18711-1004
5115403        Luzerne Co. Tax Claim Bureau,    % Northeast Revenue Serv.,    200 N River St,
                Wilkes Barre, PA  18711-1004
5115405       +Newport Township Sewer Authority,    1015 Center St,    Nanticoke, PA 18634-4099
5115406        Pittston City Sewer Maintenance Fee,    Business Office,    PO Box 2891,
                Wilkes Barre, PA  18703-2891
5115407        Portfolio Recovery,    Coll: Capital,    1 120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
5115408        Select Portfolio Services,    10401 Deerwood Park Blvd,    Jacksonville, FL  32256-5007
5115410        Shapiro & DeNardo, LLC,    3600 Horizon Dr Ste 150,    King of Prussia, PA  19406-4702
5115413        Wilkes-Barre Sewer Maintance,    PO Box 1324,    Wilkes Barre, PA  18703-1324
5115414        Wyoming Valley Sanitary Auth.,    PO Box 33A,    Wilkes-Barre, PA  18703
5115415        Wyoming Valley Sewer Authority,    PO Box 33A,    Wilkes-Barre, PA  18703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5115392        E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 26 2018 19:03:08
                Bayview Loan Servicing,    4425 Ponce de Leon Blvd Fl 5,    Coral Gables, FL  33146-1837
5113935       +E-mail/Text: bankruptcy@cavps.com Nov 26 2018 19:03:06      Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY  10595-2321
5113936       +E-mail/Text: bankruptcy@cavps.com Nov 26 2018 19:03:06      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY  10595-2321
5132617        E-mail/Text: jennifer.chacon@spservicing.com Nov 26 2018 19:03:19
                Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
5115409        E-mail/Text: jennifer.chacon@spservicing.com Nov 26 2018 19:03:19
                Select Portfolio Services, Inc.,    PO Box 65250,    Salt Lake City, UT  84165-0250
5115411        E-mail/Text: bkrcy@ugi.com Nov 26 2018 19:03:12       UGI,    PO Box 13009,
                Reading, PA  19612-3009
5115412        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 26 2018 19:02:51
                Verizon,    PO Box 408,    Newark, NJ  07101-0408
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             June D. Hayes. Ph.D.
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2018                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2018 at the address(es) listed below:

           Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
           James   Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
           Lisa M. Doran   on behalf of Debtor 1 Charles A Hayes, III ldoran@dorananddoran.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Charles A Hayes, III,<br>dba The Commander, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18–bk–04040–RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: January 14, 2019<br><br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 26, 2018 |

ntnew341 (04/18)