# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 5-18-bk-04040-RNO

**Charles A. Hayes, III,** :

         Debtor : Ch. 13

## AMENDMENT TO MATRIX

The above Debtor by and through his attorneys, Doran & Doran, P.C. hereby amends his matrix pursuant to Bankruptcy Rule 1009. The purpose of the amendment is to add three (3) parties to the Matrix as indicated on the Exhibit "A" which is attached hereto and made part hereof.

/s/ Lisa M. Doran
LISA M. DORAN, ESQUIRE
Attorney for the Debtor

# Matrix

IRS
Bankruptcy Section
PO Box 7346
Philadelphia, PA 19101-7346

Luz Co. Flood Protection Authority
c/o Portnoff Law Office
PO Box 3020
Norristown, PA 19404-3020

PA Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Exhibit "A"

## DECLARATION

The herein named Debtor hereby requests amendment of his Matrix and declares under penalty of perjury that the foregoing is true and correct.

_____
Charles A. Hayes, III

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Charles A. Hayes, III,**

       Debtor

**Case No. 5-18-bk-04040-RNO**

**Ch. 13**

## CERTIFICATION OF SERVICE

AND NOW, this 17th day of January, 2019, I do hereby certify that I forwarded a true and correct copy of the foregoing Amendment to Matrix to the following parties by mailing the same to them at the addresses listed below by First Class, U. S. Mail, postage prepaid

IRS
Bankruptcy Section
PO Box 7346
Philadelphia, PA 19101-7346

Luz Co. Flood Protection Authority
c/o Portnoff Law Office
PO Box 3020
Norristown, PA 19404-3020

PA Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

/s/ *Lisa M. Doran*
LISA M. DORAN, ESQUIRE
69 Public Square - Suite 700
Wilkes Barre PA 18701
(570) 823-9111

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 5-18-bk-04040-RNO

**Charles A. Hayes, III,**

   Debtor : Ch. 13

## NOTICE REGARDING
## AMENDMENT TO DEBTOR'S MATRIX

TO:    IRS
     Bankruptcy Section
     PO Box 7346
     Philadelphia, PA 19101-7346

  YOU ARE HEREBY NOTIFIED THAT the above captioned Debtor has filed an amendment to his bankruptcy matrix.

             DORAN & DORAN, P.C.

             By: /s/ *Lisa M. Doran*
Dated: January 17, 2019       Lisa M. Doran, Esquire
             Attorneys for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Charles A. Hayes, III,

    Debtor

Case No. 5-18-bk-04040-RNO

Ch. 13

## NOTICE REGARDING
### AMENDMENT TO DEBTOR'S MATRIX

TO:    Luz Co. Flood Protection Authority
c/o Portnoff Law Office
PO Box 3020
Norristown, PA 19404-3020

    YOU ARE HEREBY NOTIFIED THAT the above captioned Debtor has filed an amendment to his bankruptcy matrix.

DORAN & DORAN, P.C.

By: /s/ Lisa M. Doran
Lisa M. Doran, Esquire
Attorneys for the Debtor

Dated: January 17, 2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Charles A. Hayes, III,

    Debtor

Case No. 5-18-bk-04040-RNO

Ch. 13

**NOTICE REGARDING**
AMENDMENT TO DEBTOR'S MATRIX

TO:     PA Dept of Revenue
        Bankruptcy Division
        PO Box 280946
        Harrisburg, PA 17128-0946

    YOU ARE HEREBY NOTIFIED THAT the above captioned Debtor has filed an amendment to his bankruptcy matrix.

DORAN & DORAN, P.C.

By: /s/ Lisa M. Doran

Dated: January 17, 2019

Lisa M. Doran, Esquire
Attorneys for the Debtor

Case 5:18-bk-04040-RNO    Doc 37    Filed 01/17/19    Entered 01/17/19 16:10:17    Desc
Main Document    Page 7 of 7