```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-04040-RNO
Charles A Hayes, III                                                Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson             Page 1 of 2               Date Rcvd: Jan 16, 2019
                              Form ID: ntcnfhrg         Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
```
db              Charles A Hayes, III,    PO Box 1778,    Shavertown, PA  18708-0778
5115391         Attorney Michael A. Pendolphi,    1141 Wyoming Ave,    Forty Fort, PA  18704-4003
5115393         Borough of Edwardsville,    Sewer Use Maintenance Fee,    PO Box 2552,
                 Wilkes Barre, PA  18703-2552
5115394         Charles Hayes, Jr.,    PO Box 385,    Dallas, PA  18612-0385
5115395         City of Wilkes-Barre,    PO Box 1324,    Wilkes Barre, PA  18703-1324
5115398         Commonwealth Of PA,    c.o. Hon. Alexandra Kokura Kravitz,    35 Broad St,
                 Pittston, PA  18640-1825
5115396         Commonwealth of PA,    % Honorable Donald Whittaker,    15 E Ridge St,
                 Nanticoke, PA  18634-2800
5115397         Commonwealth of PA,    % Honorable James J. Haggerty,    500 Wyoming Ave,
                 Kingston, PA  18704-3645
5115399         Dallas Area Municipal Authority,    101 Memorial Hwy,    Shavertown, PA  18708-7703
5115400         Dallas Area Sewer Authority,    101 Memorial Hwy,    Shavertown, PA  18708-7703
5115401         Dom-Rel-Luzerne Cty DRS,    113 W North St,    Wilkes Barre, PA  18711-1010
5115390         Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA  18701-2588
5115389         Hayes Charles A III,    PO Box 1778,    Shavertown, PA  18708-0778
5115402        +June Hayes,    424 E. Victoria St,    Rialto, CA  92376-5172
5115404         Luzerne Co. Tax Claim Bureau,    200 N River St,    Wilkes Barre, PA  18711-1004
5115403         Luzerne Co. Tax Claim Bureau,    % Northeast Revenue Serv.,    200 N River St,
                 Wilkes Barre, PA  18711-1004
5115405        +Newport Township Sewer Authority,    1015 Center St,    Nanticoke, PA 18634-4099
5115406         Pittston City Sewer Maintenance Fee,    Business Office,    PO Box 2891,
                 Wilkes Barre, PA  18703-2891
5115407         Portfolio Recovery,    Coll: Capital,    1 120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
5115408         Select Portfolio Services,    10401 Deerwood Park Blvd,    Jacksonville, FL  32256-5007
5115410         Shapiro & DeNardo, LLC,    3600 Horizon Dr Ste 150,    King of Prussia, PA  19406-4702
5115413         Wilkes-Barre Sewer Maintance,    PO Box 1324,    Wilkes Barre, PA  18703-1324
5115414         Wyoming Valley Sanitary Auth.,    PO Box 33A,    Wilkes-Barre, PA  18703
5115415         Wyoming Valley Sewer Authority,    PO Box 33A,    Wilkes-Barre, PA  18703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5115392         E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 16 2019 19:48:13
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd Fl 5,    Coral Gables, FL  33146-1837
5138229        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 16 2019 19:48:13
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
5113935        +E-mail/Text: bankruptcy@cavps.com Jan 16 2019 19:48:07      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5113936        +E-mail/Text: bankruptcy@cavps.com Jan 16 2019 19:48:07      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5132617         E-mail/Text: jennifer.chacon@spservicing.com Jan 16 2019 19:48:33
                 Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
5148745         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2019 19:47:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
5115409         E-mail/Text: jennifer.chacon@spservicing.com Jan 16 2019 19:48:33
                 Select Portfolio Services, Inc.,    PO Box 65250,    Salt Lake City, UT  84165-0250
5115411         E-mail/Text: bkrcy@ugi.com Jan 16 2019 19:48:22     UGI,    PO Box 13009,
                 Reading, PA  19612-3009
5115412         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 16 2019 19:47:14
                 Verizon,    PO Box 408,    Newark, NJ  07101-0408
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              June D. Hayes. Ph.D.
5138321*        Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
5138322*        Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                      TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          Lisa M. Doran    on behalf of Debtor 1 Charles A Hayes, III ldoran@dorananddoran.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Charles A Hayes, III,<br>dba The Commander, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18−bk−04040−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **February 13, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: February 20, 2019<br><br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 16, 2019 |

ntcnfhrg (03/18)