```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04040-RNO
Charles A Hayes, III                                               Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

```
District/off: 0314-5        User: TWilson        Page 1 of 2          Date Rcvd: Jan 16, 2019
                           Form ID: pdf002       Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.

```
db              Charles A Hayes, III,   PO Box 1778,   Shavertown, PA  18708-0778
5115391         Attorney Michael A. Pendolphi,   1141 Wyoming Ave,   Forty Fort, PA  18704-4003
5115393         Borough of Edwardsville,   Sewer Use Maintenance Fee,   PO Box 2552,
                Wilkes Barre, PA  18703-2552
5115394         Charles Hayes, Jr.,   PO Box 385,   Dallas, PA  18612-0385
5115395         City of Wilkes-Barre,   PO Box 1324,   Wilkes Barre, PA  18703-1324
5115398         Commonwealth Of PA,   c.o. Hon. Alexandra Kokura Kravitz,   35 Broad St,
                Pittston, PA  18640-1825
5115396         Commonwealth of PA,   % Honorable Donald Whittaker,   15 E Ridge St,
                Nanticoke, PA  18634-2800
5115397         Commonwealth of PA,   % Honorable James J. Haggerty,   500 Wyoming Ave,
                Kingston, PA  18704-3645
5115399         Dallas Area Municipal Authority,   101 Memorial Hwy,   Shavertown, PA  18708-7703
5115400         Dallas Area Sewer Authority,   101 Memorial Hwy,   Shavertown, PA  18708-7703
5115401         Dom-Rel-Luzerne Cty DRS,   113 W North St,   Wilkes Barre, PA  18711-1010
5115390         Doran & Doran PC,   69 Public Sq Ste 700,   Wilkes-Barre, PA  18701-2588
5115389         Hayes Charles A III,   PO Box 1778,   Shavertown, PA  18708-0778
5115402        +June Hayes,   424 E. Victoria St,   Rialto, CA  92376-5172
5115404         Luzerne Co. Tax Claim Bureau,   200 N River St,   Wilkes Barre, PA  18711-1004
5115403         Luzerne Co. Tax Claim Bureau,   % Northeast Revenue Serv.,   200 N River St,
                Wilkes Barre, PA  18711-1004
5115405        +Newport Township Sewer Authority,   1015 Center St,   Nanticoke, PA 18634-4099
5115406         Pittston City Sewer Maintenance Fee,   Business Office,   PO Box 2891,
                Wilkes Barre, PA  18703-2891
5115407         Portfolio Recovery,   Coll: Capital,   1 120 Corporate Blvd Ste 100,   Norfolk, VA  23502-4952
5115408         Select Portfolio Services,   10401 Deerwood Park Blvd,   Jacksonville, FL  32256-5007
5115410         Shapiro & DeNardo, LLC,   3600 Horizon Dr Ste 150,   King of Prussia, PA  19406-4702
5115413         Wilkes-Barre Sewer Maintance,   PO Box 1324,   Wilkes Barre, PA  18703-1324
5115414         Wyoming Valley Sanitary Auth.,   PO Box 33A,   Wilkes-Barre, PA  18703
5115415         Wyoming Valley Sewer Authority,   PO Box 33A,   Wilkes-Barre, PA  18703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5115392         E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 16 2019 19:48:13
                Bayview Loan Servicing,   4425 Ponce de Leon Blvd Fl 5,   Coral Gables, FL  33146-1837
5138229        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 16 2019 19:48:13
                Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1837
5113935        +E-mail/Text: bankruptcy@cavps.com Jan 16 2019 19:48:08     Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5113936        +E-mail/Text: bankruptcy@cavps.com Jan 16 2019 19:48:08     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5132617         E-mail/Text: jennifer.chacon@spservicing.com Jan 16 2019 19:48:33
                Deutsche Bank National Trust Company,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                Salt Lake City, UT 84165-0250
5148745         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2019 19:47:47
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
5115409         E-mail/Text: jennifer.chacon@spservicing.com Jan 16 2019 19:48:33
                Select Portfolio Services, Inc.,   PO Box 65250,   Salt Lake City, UT  84165-0250
5115411         E-mail/Text: bkrcy@ugi.com Jan 16 2019 19:48:22     UGI,   PO Box 13009,
                Reading, PA  19612-3009
5115412         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 16 2019 19:47:15
                Verizon,   PO Box 408,   Newark, NJ  07101-0408
                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              June D. Hayes. Ph.D.
5138321*        Deutsche Bank National Trust Company,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                Salt Lake City, UT 84165-0250
5138322*        Deutsche Bank National Trust Company,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                             TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        James  Warmbrodt   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
       Liability Company bkgroup@kmllawgroup.com
        Lisa M. Doran   on behalf of Debtor 1 Charles A Hayes, III ldoran@dorananddoran.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                     : CHAPTER 13

CHARLES A. HAYES III     : CASE NO. 5-18--bk-04040

         Debtor(s)      :   __X__    ORIGINAL PLAN
                        :   _____     AMENDED PLAN
                        :            (indicate 1st, 2nd 3rd, etc )
                        :   _____     Number of Motions to Avoid Liens
                        :   _____     Number of Motions to Value
                        :            Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in §9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ■ Included | ☐ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E. which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN**

   A. <u>Plan Payments From Future Income</u>

          1.      To date, the Debtor paid $_0_ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base

1

plan is $ _see "Total Payments" in chart below_ plus other payments and property stated in § 1B below:

| Start mm/yy | End Mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 1/2019 | 12/2023 | $ 0 | $0 | $ 0 | $ 0 |
| | | | | Total Payments: | $ 0 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ( X ) Debtor is at or under median income. _If this line is checked, the rest of §1.A.4 need not be completed or reproduced._

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $ 196,391.91 . (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

Check one of the following two lines:

_____ No assets will be liquidated. _If this line is checked, the rest of § 1.B need not be completed or reproduced._

__X__ Certain assets will be liquidated as follows: **SEE §9(A) for details**

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____from the sale of property known and designated as _____. All sales shall be completed by ____, 20___. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:_____

2

## 2. SECURED CLAIMS

**A.** **Pre-Confirmation Distributions.** *Check one:*

    __X__ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

**B.** **Mortgages (including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one*

    _____ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

    __X__ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account # |
|---|---|---|
| **DEUTSCHE BANK** National Trust Company as Trustee In trust for registered holders of Long Beach Mortgage Loan Trust 2005-WL1 Asset-Backed Certificates, Series 2005-WL1 (*Serviced by Select Portfolio Servicing, Inc*) (referred to in plan as "DEUTSCHE BANK") | 84 Elizabeth St, Dallas, PA | 1974 |
| **SELECT PORTFOLIO, servicer for Deutsche Bank** | 52 Govier St Wilkes Barre, PA | 1982 |

**C.** **Arrears (including but not limited to, claims secured by Debtor's principal residence).** *Check one.*

    _____ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

    __X__ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322 (b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Est. Pre-petition Arrears to be Cured | Est. Post-petition Arrears to be Cured | Est. Total to be paid in plan |
|---|---|---|---|---|
| **DEUTSCHE BANK** | 84 Elizabeth St, Dallas, PA | $ 3,256.66 | $ 0 | $3,256.66 |
| **SELECT PORTFOLIO, Servicer for Deutsche Bank** | 52 Govier St Wilkes Barre, PA | $ 5,219.92 | $ 1776.09 (Oct, Nov, Dec 2018) | $6,996.01 |

3

D. **Other secured claims (conduit payments and claims for which a §506 valuation is not applicable, etc)**

    __X__ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced*

E. **Secured claims for which a §506 valuation is applicable.** *Check one*

    __X__ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F. **Surrender of Collateral:** *Check one*

    __x__ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** Do not use for mortgages or for statutory liens, such as tax liens *Check one.*

    __X__ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS**

    A. **Administrative Claims**

        1. Trustee Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

        2. Attorney fees. Complete only one of the following options:
           a. In addition to the retainer of $_____ already paid by the Debtor, the amount of $_____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

           b. $_285.00_ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R.. 2016-2(b).

        3. Other Other administrative claims not included in §§3.A.1 or 3.A.2 above. *Check one of the following two lines:*

           __X__ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

4

**B. Priority Claims (including but not limited to, Domestic Support Obligations other than those treated in §3.C below.** *Check one of the following two lines:*

\_\_\_\_ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

\_\_X\_\_ Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under §9

| Name of Creditor | Estimated Total Payment |
|---|---|
| Support creditor | $0  Support is paid directly and will not be paid through the plan. |
| PA DEPARTMENT OF REVENUE | $ no known claim, but if a priority claim is filed, it will be paid in the plan |
| INTERNAL REVENUE SERVICE | $  no known claim, but if a priority claim is filed it will be paid in the plan |

**C. Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines:*

\_\_X\_\_ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

## 4. UNSECURED CLAIMS

**A. Claims of Unsecured Nonpriority Creditors Specially Classified.** Check one of the following two lines:

\_\_X\_\_ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

**B. Remaining allowed unsecured claims will receive a pro-rate distribution of funds remaining after payment of other classes.**

## 5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES. *Check one of the following two lines:*

\_\_\_\_ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

\_\_X\_\_ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| JUNE B. HAYES | Lease Purchase agreement for real property at 78 Wyoming Ave, Dallas, PA and adjacent lot. | $ | % | $ | $ 0 | ASSUME |
| CHARLES HAYES JR | Lease of Elizabeth St property for storage | | | | $0 | ASSUME |

5

## 6. VESTING OF PROPERTY OF THE ESTATE.

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

_____ plan confirmation.
\_\_\_X\_\_\_ entry of discharge.
_____ closing of case.

## 7. DISCHARGE (Check One)

( **X** ) The debtor will seek a discharge pursuant to §1328(a).

( ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in §1328(f).

## 8. ORDER OF DISTRIBUTION:

If a pre-petition creditor files a secured, priority, or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are filled in, the rest of § 8 need not be completed or reproduced. If the above Levels are not filled- in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

6

## 9. NONSTANDARD PLAN PROVISIONS

*Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit)*

A. i. The Debtor is listing the following parcels of real property for sale:

- 54 Elizabeth St, Dallas, PA
- Lot adjacent to 84 Elizabeth St, Dallas, PA
- 137 Elizabeth St, Pittston, PA
- 436 North Main St, Wilkes Barre, PA
- 295 Carey Ave, Wilkes Barre, PA
- 125-133 E Main St, Glen Lyon, Newport Twp, PA

ii. When a purchaser is found for any parcel, the Debtor will seek Bankruptcy Court approval for the sale.

iii. At closing, the Debtor will pay all real estate taxes, as customarily prorated through date of sale; any mortgage liens or municipal liens on the parcel, realtor's commission, and customary expenses of sale. All nonexempt net proceeds will be paid into the Chapter 13 Plan.

iv. If any property not sold in 18 months from the date of the Confirmation Order, relief will be granted to allow the secured creditors to exercise their respective rights against such unsold property.

B. The Debtor may also negotiate loan modifications or payment plans with lenders with mortgages on the following properties, and if an agreement is reached, it will supersede the treatment of the mortgagees in this plan:
- 84 Elizabeth St, Dallas, PA
- 52 Govier St, Dallas, PA
- 198-200 Jackson St, Edwardsville, PA

C. This plan will pay 100% to general unsecured creditors.

D. Because they are of nominal value, the Debtor may sell or scrap any of his vehicles without requiring notice to creditors or approval of the bankruptcy court.

Dated: _21 Dec 2015_

_____
Attorney for Debtor

_____
Charles A. Hayes III

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in §9.

7