Certificate Number: 11760-PAM-DE-032525443

Bankruptcy Case Number: 18-04040


11760-PAM-DE-032525443

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2019, at 7:29 o'clock AM PDT, Charlie Hayes completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 30, 2019         By: /s/Jennifer L Walter

                             Name: Jennifer L Walter

                             Title: Teacher