```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                Case No. 18-04040-RNO
Charles A Hayes, III                                                  Chapter 13
    Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke            Page 1 of 1              Date Rcvd: Aug 27, 2020
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5113935        +E-mail/Text: bankruptcy@cavps.com Aug 27 2020 19:33:07    Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                   Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               alubin@milsteadlaw.com
              Brian  Nicholas    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bnicholas@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christos A Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
              David  Schwager    on behalf of Creditor    Dallas Area Municipal Authority des@csmlawoffices.com,
               dschwagr@epix.net
              James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor    Luzerne County Flood Protection Authority
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              Lisa M. Doran    on behalf of Debtor 1 Charles A Hayes, III ldoran@dorananddoran.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 5-18-04040 |
| **Charles A. Hayes, III**, : | |
| : | Ch. 13 |
| Debtor : | |
| : | |
| Charles A. Hayes, III, : | |
| : | |
| Objector : | |
| : | |
| Cavalry Investments, LLC, : | |
| : | |
| Claimant : | |

## ORDER DISALLOWING OF PROOF OF CLAIM # 1 OF CAVALRY INVESTMENTS, LLC

Upon Objections having been filed by the Debtor to Claim #1 of Cavalry Investments, LLC for the reason that alleged claim is beyond the Statute of Limitations and cannot be validly asserted against the Debtor, and after notice and opportunity for hearing, it is

ORDERED, that Proof of Claim #1 is disallowed in full.

Dated: August 27, 2020

By the Court,

_Robert N. Opel, II_, Bankruptcy Judge  BI