**In the United States Bankruptcy Court
for the Middle District of Pennsylvania**

In Re: : Chapter 13

CHARLES A. HAYES, III, : Case No. 5:18-bk--04040

Debtor :

**Chapter 13 Debtor's Pre-Confirmation Certification of Compliance with
Post-Petition Domestic Support and Prepetition Tax Return Filing Obligations**

I, Charles A. Hayes, III upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on October 7, 2020.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. §1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for the Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

Dated: 1 OCT 2020

_____
Counsel for Debtor

Dated: 1 OCT 2020

By: _____
CHARLES A. HAYES, III