# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | **Case No. 5-18-bk-04040-RNO** |
| **Charles A. Hayes, III**, : | |
| : | **Ch. 13** |
| Debtor : | |
| : | |
| Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL1, Asset-Backed Certificates, Series 2005-WL1, : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| Charles A. Hayes, III dba The Commander, : | |
| Debtor/Respondent : | |
| : | |
| and : | |
| : | |
| Charles J. DeHart, III (Trustee), : | |
| Trustee/Respondent : | |

## Answer to Motion for Relief from the Automatic Stay and Request for Waiver of Fed. R. Bankr. P. 4001(a)(3) Stay

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Denied as Stated.  The Debtor admits to some delinquency because his business had been impacted by COVID, however, he more recently found additional employment and is able to resume payment.  By way of further answer, the rental unit had been vacant for several months, but a new tenant moving in, and the rent should be able to cover future payments.  The Debtor will also be able to cure the arrears.

11. Denied and proof demanded.

12. Denied.

13. Denied in part.  Although it is admitted that Section 362(d) reads as stated, the applicability is denied.

14. Denied in part.  To the extent that paragraph 14 is stating that 362(d)(1) and (d)(2) are separate grounds for relief the Debtor does not dispute that but the Debtor does deny that relief is appropriate.

15. Denied.  Debtor has the ability to make the payment and cure any arrears.

16. Denied.

17. Denied.

WHEREFORE, Debtor requests that the Motion for Relief be denied.
of the Order approving such transfer.

DORAN & DORAN, P.C.
BY: /s/ *Lisa M. Doran*
LISA M. DORAN, ESQUIRE
PA I.D. #58879
Attorneys for Debtor
69 Public Square, Ste. 700
Wilkes-Barre, PA  18701
Dated:  March 5, 2021      570-823-9111    fax 570-829-3222
ldoran@dorananddoran.com