United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-04040-MJC |
| Charles A Hayes, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Brien L. Huber, Superintendent, Credit & Collections, UGI Utilities, Inc., PO Box 13009, Reading, PA 19612-3009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5115411 | Email/Text: bkrcy@ugi.com | Jun 22 2023 18:47:00 | UGI, PO Box 13009, Reading, PA 19612-3009 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 24, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bernadette Irace | on behalf of Creditor Deutsche Bank National Trust Company As Trustee birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Christos A Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| David Schwager | on behalf of Creditor Dallas Area Municipal Authority david@despalaw.com dschwagr@epix.net |

| Name | Details |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor Luzerne County Flood Protection Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Lisa M. Doran | on behalf of Debtor 1 Charles A Hayes III ldoran@dorananddoran.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Deutsche Bank National Trust Company As Trustee ldoyle@logs.com, LOGSECF@logs.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee ldoyle@logs.com, LOGSECF@logs.com |
| Roger Fay | on behalf of Creditor Deutsche Bank National Trust Company As Trustee rfay@milsteadlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| Charles A. Hayes, III, : | Chapter 13 |
| Debtor : | Case No. 5:18-bk-04040-MJC |
| : | |
| Charles A. Hayes, III, : | |
| : | |
| Objector : | |
| : | |
| UGI Utilities, Inc., : | |
| : | |
| Claimant : | |

## ORDER DISALLOWING OF PROOF OF CLAIM # 3 OF UGI UTILITIES, INC.

Upon consideration of the Objection filed by the Debtor to Claim #3 of UGI Utilities, Inc. for the reason that the Debtor is unable to identify that the amounts are owed, and after notice and opportunity for hearing, it is

**ORDERED** that Objection is **SUSTAINED.** The Proof of Claim #3 is disallowed in full.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 22, 2023