In re:                                                      Case No. 18-04040-MJC

Charles A Hayes, III                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                           Page 1 of 3

Date Rcvd: Dec 21, 2023                      Form ID: 3180W                                         Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Charles A Hayes, III, PO Box 1778, Shavertown, PA 18708-0778 |
| 5115391 | | Attorney Michael A. Pendolphi, 1141 Wyoming Ave, Forty Fort, PA 18704-4003 |
| 5115393 | | Borough of Edwardsville, Sewer Use Maintenance Fee, PO Box 2552, Wilkes Barre, PA 18703-2552 |
| 5115394 | # | Charles Hayes, Jr., PO Box 385, Dallas, PA 18612-0385 |
| 5115395 | | City of Wilkes-Barre, PO Box 1324, Wilkes Barre, PA 18703-1324 |
| 5115398 | | Commonwealth Of PA, c.o. Hon. Alexandra Kokura Kravitz, 35 Broad St, Pittston, PA 18640-1825 |
| 5115397 | | Commonwealth of PA, % Honorable James J. Haggerty, 500 Wyoming Ave, Kingston, PA 18704-3645 |
| 5115396 | | Commonwealth of PA, % Honorable Donald Whittaker, 15 E Ridge St, Nanticoke, PA 18634-2800 |
| 5115399 | | Dallas Area Municipal Authority, 101 Memorial Hwy, Shavertown, PA 18708-7703 |
| 5351389 | | Dallas Area Municipal Authority, c/o Chariton, Schwager & Malak, 138 South Main Street, P.O. Box 910, Wilkes-Barre, PA 18703-0910 |
| 5115400 | | Dallas Area Sewer Authority, 101 Memorial Hwy, Shavertown, PA 18708-7703 |
| 5115401 | | Dom-Rel-Luzerne Cty DRS, 113 W North St, Wilkes Barre, PA 18711-1010 |
| 5115390 | | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 5115389 | | Hayes Charles A III, PO Box 1778, Shavertown, PA 18708-0778 |
| 5115402 | + | June Hayes, 424 E. Victoria St, Rialto, CA 92376-5172 |
| 5151541 | | Luz Co. Flood Protection Authority, c/o Portnoff Law Office, PO Box 3020, Norristown, PA 19404-3020 |
| 5115404 | | Luzerne Co. Tax Claim Bureau, 200 N River St, Wilkes Barre, PA 18711-1004 |
| 5115403 | | Luzerne Co. Tax Claim Bureau, % Northeast Revenue Serv., 200 N River St, Wilkes Barre, PA 18711-1004 |
| 5165431 | + | Luzerne County Flood Protection Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5115405 | + | Newport Township Sewer Authority, 1015 Center St, Nanticoke, PA 18634-4099 |
| 5115406 | | Pittston City Sewer Maintenance Fee, Business Office, PO Box 2891, Wilkes Barre, PA 18703-2891 |
| 5115407 | | Portfolio Recovery, Coll: Capital, 1 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5115410 | | Shapiro & DeNardo, LLC, 3600 Horizon Dr Ste 150, King of Prussia, PA 19406-4702 |
| 5115413 | | Wilkes-Barre Sewer Maintance, PO Box 1324, Wilkes Barre, PA 18703-1324 |
| 5115414 | | Wyoming Valley Sanitary Auth., PO Box 33A, Wilkes-Barre, PA 18703 |
| 5115415 | | Wyoming Valley Sewer Authority, PO Box 33A, Wilkes-Barre, PA 18703 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5115392 | + | EDI: LCIBAYLN | Dec 21 2023 23:43:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 5138229 | + | EDI: LCIBAYLN | Dec 21 2023 23:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 5113935 | + | Email/Text: bankruptcy@cavps.com | Dec 21 2023 18:42:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5113936 | + | Email/Text: bankruptcy@cavps.com | Dec 21 2023 18:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5132617 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 21 2023 18:42:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, |

| Recip ID | Bypass/Method | Date | Address |
| --- | --- | --- | --- |
| | | | Salt Lake City, UT 84165-0250 |
| 5151540 | EDI: IRS.COM | Dec 21 2023 23:43:00 | IRS, Bankruptcy Section, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5151542 | EDI: PENNDEPTREV | Dec 21 2023 23:43:00 | PA Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5151542 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 18:42:00 | PA Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5148745 | EDI: PENNDEPTREV | Dec 21 2023 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5148745 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 18:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5115408 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 21 2023 18:42:00 | Select Portfolio Services, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 5115409 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 21 2023 18:42:00 | Select Portfolio Services, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5115411 | Email/Text: bkrcy@ugi.com | Dec 21 2023 18:42:00 | UGI, PO Box 13009, Reading, PA 19612-3009 |
| 5115412 | EDI: VERIZONCOMB.COM | Dec 21 2023 23:43:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | June D. Hayes. Ph.D. |
| cr | *+ | Dallas Area Municipal Authority, c/o Chariton Schwager & Malak, 138 South Main Street, P.O, Box 910, Wilkes Barre, PA 18703-0910 |
| cr | *+ | Luzerne County Flood Protection Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5138321 | * | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5138322 | * | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bernadette Irace | |

| | |
|---|---|
| | on behalf of Creditor Deutsche Bank National Trust Company As Trustee birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Christos A Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| David Schwager | on behalf of Creditor Dallas Area Municipal Authority david@despalaw.com dschwagr@epix.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor Luzerne County Flood Protection Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Lisa M. Doran | on behalf of Debtor 1 Charles A Hayes III ldoran@dorananddoran.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee ldoyle@squirelaw.com, LOGSECF@logs.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Deutsche Bank National Trust Company As Trustee ldoyle@squirelaw.com, LOGSECF@logs.com |
| Roger Fay | on behalf of Creditor Deutsche Bank National Trust Company As Trustee rfay@alaw.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Charles A Hayes, III <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1971 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–04040–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Charles A Hayes, III
    dba The Commander

**By the court:**

12/21/23

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**